### COHEN v. HOWELL.

FISH, C. J. The grounds of the motion for a new trial in this case are, that the court erred in refusing to grant a nonsuit, and that the verdict is contrary to law and evidence and without evidence to support it. An examination of the brief of evidence makes it clear that there was sufficient evidence to authorize the verdict. This being true, the grounds of the motion for a new trial are without merit.

*Judgment affirmed. All the Justices concur.*
AUGUST 19, 1916.

Action for damages. Before Judge Pendleton. Fulton superior court. May 27, 1915.

*W. I. Heyward* and *Carl B. Copeland,* for plaintiff in error.
*J. McSwain Woods,* contra.